Amy F. Sorenson, Esq.
Nevada Bar No.  12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
asorenson@swlaw.com
rperkins@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant*
*HSBC Bank USA, National Association, as Trustee for*
*NAAC Mortgage Pass-Through Certificates, Series 2007-1*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VARGAS, individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NAAC MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1, and DOES I through X inclusive<br><br>                    Defendant. | Case No. 2:16-cv-01606-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Maria Vargas ("Plaintiff"), and Defendant HSBC Bank USA, National Association, as Trustee for NAAC Mortgage Pass-Through Certificates, Series 2007-1 ("HSBC"), by and through their attorneys, hereby stipulate to extend the time for HSBC to respond to Plaintiff's Complaint.

WHEREAS, Counsel for HSBC was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response. Additionally, Counsel for HSBC is currently in trial in another case until August 15th.

///

WHEREAS, Plaintiff and HSBC agree to extend HSBC's time to respond to Plaintiff's Complaint until Friday, August 26, 2016.

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and HSBC that HSBC shall respond to Plaintiff's Complaint on or before Friday, August 26, 2016.

**IT IS SO STIPULATED.**

DATED August 9, 2016.                    DATED August 9, 2016.

LAW OFFICES OF MICHAEL J. HARKER          SNELL & WILMER L.L.P.

By: */s/ Michael J. Harker*               By: */s/ Margaret G. Foley*
   Michael J. Harker, Esq.                    Amy F. Sorenson, Esq.
   2901 El Camino Ave., #200                  Robin E. Perkins, Esq.
   Las Vegas, Nevada 89102                    3883 Howard Hughes Parkway, Suite 1100
                                              Las Vegas, Nevada 89169
   *Attorney for Plaintiff Maria Vargas*      Tel: (702) 784-5200

                                              *Attorneys for Defendant HSBC Bank USA,*
                                              *National Association, as Trustee for*
                                              *NAAC Mortgage Pass-Through*
                                              *Certificates, Series 2007-1*

## <u>ORDER</u>

**IT IS ORDERED THAT** HSBC shall respond to Plaintiff's Complaint on or before Friday, August 26, 2016.

**IT IS SO ORDERED.**

DATED: __August 11, 2016____, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

24629920

- 2 -

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200